

FILED

AUG - 9 2016

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | Case No. 91CR0307 |
|---|---|---|
| Plaintiff, | ) | Ancillary to 90CR1213-BGS |
| v. | ) | JUDGMENT AND ORDER OF DISMISSAL OF INDICTMENT AND RECALL ARREST WARRANT |
| FIDEL MONTOYA-GUERRERO, | ) | |
| Defendant. | ) | |

Upon application of the UNITED STATES OF AMERICA and good cause appearing therefrom,

IT IS HEREBY ORDERED that the Indictment in the above-entitled case against FIDEL MONTOYA-GUERRERO be dismissed without prejudice.

IT IS FURTHER ORDERED that the Arrest Warrant be recalled in this matter.

DATED: Aug. 9, 2016 .

_____
HONORABLE BERNARD G. SKOMAL
United States Magistrate Judge